| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | ELIZABETH M. FALK |
|   | Assistant Federal Public Defender |
| 3 | 19th Floor Federal Building |
|   | 450 Golden Gate Avenue |
| 4 | San Francisco, CA 94102 |
|   | (415) 436-7700 |
| 5 | |
|   | Counsel for Defendant CAMPBELL |
| 6 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 06-565 SI |
| --- | --- | --- |
| Plaintiff, | ) | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| v. | ) | |
| PRISCILLA HUNTER, et al., | ) | Date: December 1, 2006 |
| | ) | Time: 11:00 a.m. |
| Defendants. | ) | Court: The Honorable Susan Illston |

The parties hereby stipulate and request as follows:

1. A status conference is scheduled for December 1, 2006;

2. The parties respectfully request a continuance of the status conference, as the electronic discovery process is not completed;

3. The status of discovery is as follows: the government and representatives from the defense team met with CJA Panel Coordinator Jeanne DeKelver in early October to discuss the method by which discovery would be produced in this case. It was decided that all the discovery would be scanned, to avoid the cost of copying 216,000 pieces of paper. A proposal has been approved by the U.S. Attorney and Ms. DeKelver, and the parties are waiting for the authorization of the Federal Public Defender for 1/8 the cost of scanning the documents. Authorization is

1  anticipated by the end of the week from the Federal Public Defender, and the
2  funding request should be before this Court no later than early next week,
3  December 4-5, 2006;
4  4. The CJA Coordinator is also exploring document management software for use by
5  all defendants. She anticipates requesting funding from the Court for a web-based
6  document management program, and will continue to raise this issue with the
7  Court in the near future;
8  5. To provide defense counsel with a meaningful opportunity to receive the
9  discovery in this matter, implement discovery management software, conduct a
10 preliminary review of the documents and determine an appropriate schedule for
11 this case to proceed, the defendants respectfully request a two month continuance
12 of the status conference, to February 2, 2007, at 11:00 a.m.;
13 6. The government has no objection to a continuance of this matter, as indicated on
14 this stipulation;
15 7. The parties further agree and jointly request to order that time be excluded under
16 the Speedy Trial Act on the basis of effective preparation of counsel, as defense
17 counsel is not yet in possession of the discovery in this matter, and cannot assist
18 their clients made decisions about the course of this case without adequate time to
19 receive and review discovery, 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS HEREBY STIPULATED.

Dated: November 30, 2006
_____/S/_____
ELIZABETH M. FALK
ASSISTANT FEDERAL PUBLIC DEFENDER
Attorney for Michelle Campbell

_____/S/_____
DORAN WEINBERG
Attorney for Priscilla Hunter

06-0565 SI; Stip. Continue Status Conf.                2

|   |   |
|---|---|
| 1 | _____/S/_____ |
| 2 | GARRICK S. LEW |
|   | Attorney for Iris Martinez |

                                          _____/S/_____
                                            ERIK QUANDT
                                            Attorney for Darlene Crabtree

                                          _____/S/_____
                                            LYDIA STIGLICH
                                            Attorney for Allan Crabtree

                                          _____/S/_____
                                            JOHN JORDIN
                                            Attorney for Michael Hunter

                                          _____/S/_____
                                            BOB WAGGENER
                                            Attorney for Fred Naredp

                                          _____/S/_____
                                            STEVE TEICH
                                            Attorney for Kathy Redhorse-Stallworth

Dated: November 29, 2006           _____/S/_____
                                            DAVE DENIER
                                            ASSISTANT UNITED STATES ATTORNEY

## [PROPOSED] ORDER

       For the reasons set forth in this stipulation, and good cause shown, the status conference in the aforementioned case set for December 1, 2006 at 11:00 a.m. is hereby CONTINUED to February 2, 2007, at 11:00 a.m. For the reasons stated herein, it is further ORDERED that for the purpose of effective preparation of defense counsel, and for good cause shown, the ends of justice served by excluding the period of time from December 1, 2006 to February 2, 2007 outweigh the interest of the public and the defendant in a speedy trial, and as such, the period of

1  December 1, 2006 and February 2, 2007 is excluded from Speedy Trial Act calculations pursuant
2  to 18 U.S.C. § 3161(h)(8)(B)(iv).
3
4  **IT IS SO ORDERED**
5  DATED: _____       _____
                                              THE HONORABLE SUSAN ILLSTON
6                                             CHIEF UNITED STATES DISTRICT JUDGE

06-0565 SI; Stip. Continue Status Conf.              4