...

E-filing

UNITED STATES DISTRICT COURT FOR

NORTHERN DISTRICT OF CALIFORNI

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>KATHY REDHORSE-STALLWORTH,<br><br>          Defendant. | Criminal No. CR-06-0565-SI<br><br>ORDER CONFIRMING<br>EXCLUSION OF TIME<br>UNDER SPEEDY TRIAL ACT |

This matter came on for arraignment of defendant Kathy Redhorse-Stallworth on November 1, 2006, with Steve Emery Teich making a special appearance for the defendant. This Court ordered that the matter set for identification on counsel on November 20, 2006, at 9:30 a.m., and further ordered that the time from November 1, 2006 through November 20, 2006 be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv), to allow the defendant reasonable time to obtain counsel.

On November 20, 2006, this matter came on for identification of counsel and Steve Emery Teich entered his general appearance on behalf of defendant Kathy Redhorse-Stallworth. This Court ordered that the defendant to appear before the Honorable Susan Illston on December 1, 2006, at 11:00 a.m., and further ordered that the time from November 20, 2006 through December 1, 2006 be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv), to allow counsel for the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS SO ORDERED.

Dated: 12/13/06

EDWARD M. CHEN
United States Magistrate Judge