| | |
|---|---|
| 1 | BARRY J. PORTMAN |
|   | Federal Public Defender |
| 2 | ELIZABETH M. FALK |
|   | Assistant Federal Public Defender |
| 3 | 19th Floor Federal Building |
|   | 450 Golden Gate Avenue |
| 4 | San Francisco, CA 94102 |
|   | (415) 436-7700 |
| 5 | |
|   | Counsel for Defendant CAMPBELL |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 06-565 SI |
|---|---|---|
| Plaintiff, | ) | **STIPULATION TO CONTINUE STATUS** |
| | ) | **CONFERENCE** |
| v. | ) | |
| | ) | Date: December 1, 2006 |
| PRISCILLA HUNTER, et al., | ) | Time: 11:00 a.m. |
| | ) | Court: The Honorable Susan Illston |
| Defendants. | ) | |

The parties hereby stipulate and request as follows:

1. A status conference is scheduled for February 2, 2006;

2. The parties respectfully request a continuance of the status conference for a few days due to the fact that defense attorneys Robert Waggener and Elizabeth Falk are currently in trial before the Honorable Judge Shubb every Wednesday, Thursday and Friday for the next three months;

3. Court Clerk Tracy Sutton has suggested Tuesday, February 6, 2007 at 4:00 p.m. as an acceptable date for the Court;

4. The government has no objection to a continuance of this matter, as indicated on this stipulation;

5. The parties further agree and jointly request to order that time be excluded under

the Speedy Trial Act on the basis of continuity of counsel, as two defense attorneys cannot make an appearance on February 2, 2007. 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS HEREBY STIPULATED.

Dated: January 29, 2007

_____/S/_____
ELIZABETH M. FALK
ASSISTANT FEDERAL PUBLIC DEFENDER
Attorney for Michelle Campbell

_____/S/_____
DORAN WEINBERG
Attorney for Priscilla Hunter

_____/S/_____
GARRICK S. LEW
Attorney for Iris Martinez

_____/S/_____
EUGENE ILLOVSKY
Attorney for Darlene Crabtree

_____/S/_____
LYDIA STIGLICH
Attorney for Allan Crabtree

_____/S/_____
JOHN JORDIN
Attorney for Michael Hunter

_____/S/_____
BOB WAGGENER
Attorney for Fred Naredo

_____/S/_____
STEVE TEICH
Attorney for Kathy Redhorse-Stallworth

06-0565 SI; Stip. Continue Status Conf.  2

1
2  Dated: January 29, 2007                 /S/
                                       DAVE DENIER
3                                                    ASSISTANT UNITED STATES ATTORNEY
4
5  I hereby attest that I have on file all holograph signatures for an signatures indicated by a
6  "conformed" signature (/S/) within this e-filed document.
7
8  **[PROPOSED] ORDER**
9
10        For the reasons set forth in this stipulation, and good cause shown, the status conference
11  in the aforementioned case set for February 2, 2007 at 11:00 a.m. is hereby CONTINUED to
12  February 6, 2007, at 4:00 p.m. For the reasons stated herein, it is further ORDERED that for the
13  purpose of continuity of counsel, and for good cause shown, the ends of justice served by
14  excluding the period of time from February 2, 2007 to February 6, 2007 outweigh the interest of
15  the public and the defendant in a speedy trial, and as such, the period of February 2, 2007 and
16  February 6, 2007 is excluded from Speedy Trial Act calculations pursuant to 18 U.S.C. §
17  3161(h)(8)(B)(iv).
18        **IT IS SO ORDERED**
19
20  DATED: _____            _____
                                               THE HONORABLE SUSAN ILLSTON
21                                                 UNITED STATES DISTRICT JUDGE