**STEVE EMERY TEICH**
Cal. State Bar No. **78397**
1390 Market Street
Fox Plaza, Suite 310
San Francisco, CA 94102
Telephone: (415) 864-5494

Attorney for Defendant
**KATHY REDHORSE-STALLWORTH**

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERIACA, | CASE NO. **CR 06-565SI** |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE AND WAIVE DEFENDANT STALLWORTH'S APPEARANCE** |
| vs. | |
| KATHY REDHORSE-STALLWORTH, | Date: |
| Defendant. | Time: |
| | Place: |

The parties hereby stipulate and request as follow:

1. A status conference is scheduled for February 2, 2007;

2. The parties respectfully request a continuance of the status conference for a few days due to the fact the defense attorneys Robert Waggener and Elizabeth Falk are currently in trial before the Honorable Judge Shubb every Wednesday, Thursday and Friday for the next three months;

3. Court clerk Tracy Sutton has suggested Tuesday, February 6, 2007 at 4:00 p.m. as an acceptable date for the Court;

4. The government has no objection to a continuance of this matter, as indicated on this stipulation;

5. The parties further agree and jointly request to order that time be excluded under the Speedy Trial Act on the basis of continuity of counsel, as two defense attorneys

STIPULATION TO CONTINUE STATUS CONFERENCE AND WAIVE DEFENDANT STALLWORTH'S APPEARANCE

1    cannot make an appearance on February 2, 2007.  18 U.S.C. § 316(h)(8)(B)(iv);

2        6.    The government has no objection to Defense request to waive defendant **KATHY**

3            **REDHORSE-STALLWORTH**'s appearance on February 6, 2007

4

5    Dated:            01/26/07                              /S/
                                                    **STEVE EMERY TEICH**
6                                                   Attorney for Defendant
                                                    **KATHY REDHORSE-STALLWORTH**
7

8    Dated:            01/29/07                              /S/
                                                    DAVE DENIER
9                                                   Assistant United States Attorney

10

11                                  **[PROPOSED] ORDER**

12        For the reasons set forth in this stipulation, and good cause shown, the status conference

13   in the aforementioned case set for February 2, 2007 at 11:00 a.m. is hereby CONTINUED to

14   February 6, 2007, at 4:00 p.m. for the reasons stated herein, it is further ORDERED that for the

15   purpose of continuity of counsel, and for good cause shown, the ends of justice served by excluding

16   the period of time from February 2, 2007 to February 6, 2007 outweigh the interest of the public

17   and the defendant in a speedy trial, and as such, the period of February 2, 2007 and February 6,

18   2007 is excluded from Speedy Trial Act calculations pursuant to 18 U.S.C. § 316(h)(8)(B)(iv).

19   Defendant **KATHY REDHORSE-STALLWORTH**'s appearance is waived for that date.

20

21

22   Dated:_____    _____
                                      THE HONORABLE SUSAN ILLSTON
23                                    Chief United States District Judge

24

25

26

27

28

2