KEVIN V. RYAN (SBN 118321)
United States Attorney
JAY R. WEILL (SBN 75434)
Chief, Tax Division
DAVID L. DENIER (SBN 95024)
Assistant United States Attorney

    450 Golden Gate Avenue, 9th Floor
    San Francisco, California 94102-3495
    Telephone:  (415) 436-6888
    Facsimile:   (415) 436-6748
    Email:      david.denier@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PRISCILLA HUNTER, MICHELLE ) <br> CAMPBELL, IRIS MARTINEZ, ) <br> MICHAEL HUNTER, DARLENE ) <br> CRABTREE, ALLAN CRABTREE, FRED ) <br> NAREDO, and KATHY REDHORSE- ) <br> STALLWORTH, ) <br> ) <br> ) <br> Defendants. ) <br> ) | No. CR 06-0565 SI <br> **E-FILING CASE** <br><br> **[PROPOSED] ORDER CONFIRMING EXCLUSION OF TIME UNDER SPEEDY TRIAL ACT** |

      This matter came on for a status conference on February 7, 2007 at 4:00 p.m. After a discussion of the discovery process to date, the matter was set for a further status conference on April 2, 2007, at 4:00 p.m.

      The Court ordered that the time from February 7, 2007 through April 2, 2007, be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and B(ii) because the case is so complex, due to the number of defendants and the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself

//

//

1  within the time limits of the Speedy Trial Act.
2
3     IT IS SO ORDERED.
4
5  Dated: _____
6                                                     SUSAN ILLSTON
                                                    United States District Judge