**STEVE EMERY TEICH**
Cal. State Bar No. **78397**
1390 Market Street
Fox Plaza, Suite 310
San Francisco, CA 94102
Telephone: (415) 864-5494

Attorney for Defendant
**KATHY REDHORSE-STALLWORTH**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>  Plaintiff,<br>vs.<br><br>**KATHY REDHORSE-STALLWORTH,**<br><br>  Defendant. | CASE NO. **CR 06-565SI**<br><br>**STIPULATION TO WAIVE DEFENDANT STALLWORTH'S APPEARANCE**<br><br>Date: April 2, 2007<br>Time: 4:00 p.m.<br>Place: Courtroom Judge Illston |

The parties hereby stipulate and request as follow:

1. A status conference is scheduled for April 2, 2007;

2. The government is still in the process of providing discovery to defendant;

3. The government has no objection to Defense request to waive defendant **KATHY REDHORSE-STALLWORTH**'s appearance on April 2, 2007

Dated: 03/28/07         /S/
**STEVE EMERY TEICH**
Attorney for Defendant
**KATHY REDHORSE-STALLWORTH**

Dated: 03/28/07         /S/
**DAVE DENIER**
Assistant United States Attorney

STIPULATION TO CONTINUE STATUS CONFERENCE AND WAIVE DEFENDANT STALLWORTH'S APPEARANCE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. **CR 06-565SI** |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER** |
| vs. | ) | |
| **KATHY REDHORSE-STALLWORTH,** | ) | |
| Defendant. | ) | |

For the reasons set forth in this stipulation, and good cause shown Defendant **KATHY REDHORSE-STALLWORTH**'s appearance of April 2, 2007 is waived.

Dated:_____

_____
THE HONORABLE SUSAN ILLSTON
Chief United States District Judge