UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>PRISCILLA HUNTER, MICHELLE CAMPBELL, IRIS MARTINEZ, MICHAEL HUNTER, DARLENE CRABTREE, ALLAN CRABTREE, and FRED NAREDO, KATHY REDHORSE - STALL WORTH,<br><br>    Defendants. | Criminal No. CR-06-0565-SI<br><br>[PROPOSED] ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT |

    This matter came on for a status conference on April 2, 2007 at 4:00 p.m. After a discussion of the discovery process to date, the matter was set for a further status conference on June 1, 2007, at 11:00 a.m.

    The time from April 2, 2007 through June 1, 2007, is excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and B(ii) because the case is so complex, due to the number of defendants and the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits of the Speedy Trial Act.

    IT IS SO ORDERED

DATED: _____

_____
SUSAN ILLSTON
United States District Judge