IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> **KATHY REDHORSE-STALLWORTH,** ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO.  **CR 06-565SI** <br><br> **ORDER** |

    **GOOD CAUSE APPEARING IT IS HEREBY ORDERED** that Defendant **KATHY REDHORSE-STALLWORTH** is permitted to travel Phoenix, Arizona and attend the NHASDA ACCOUNTING ISSUES TRAINING on September 9, 2007 returning on September 13, 2007 at 6:00 p.m.

Dated: 08/06/07

SUSAN ILLSTON
United States District Judge