1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT FOR THE

9            NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal No. CR-06-0565-SI |
| v. | ) ) | |
| PRISCILLA HUNTER, MICHELLE CAMPBELL, IRIS MARTINEZ, MICHAEL HUNTER, DARLENE CRABTREE, ALLAN CRABTREE, FRED NAREDO, and KATHY REDHORSE-STALLWORTH, | ) ) ) ) ) ) ) | [PROPOSED] ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| Defendants. | ) ) | |

        This matter came on for a status conference on August 17, 2007 at 11:00 a.m.  After a
discussion of the discovery process to date, the matter was set for a motions hearing on
November 9, 2007, at 11:00 a.m.

        The time from August 17, 2007 through November 9, 2007, is excluded under the Speedy
Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and B(ii) because the case is so complex, due
to the number of defendants and the nature of the prosecution, that it is unreasonable to expect
adequate preparation for pretrial proceedings or for the trial itself within the time limits of the
Speedy Trial Act.

        IT IS SO ORDERED

DATED: _____          _____
                            SUSAN ILLSTON
                            United States District Judge