JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

DAVID L. DENIER (CSBN )
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-6888
 Fax:        (415) 436-6748

Attorneys for Plaintiff

FILED

JUN - 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-0565-CRB-8 |
| Plaintiff, | |
| v. | NOTICE OF DISMISSAL |
| KATHY REDHORSE-STALLWORTH, | (San Francisco Venue) |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 6-2-08

BRIAN J. STRETCH
Chief, Criminal Division

NOTICE OF DISMISSAL
(CR 06-0565-CRB-8)

1 | Leave is granted to the government to dismiss the indictment.

2

3 | Date: June 2, 2008

4 | CHARLES R. BREYER
United States District Judge

NOTICE OF DISMISSAL
(CR 06-0565-CRB-8)                                     2