UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>       v.<br><br>PRISCILLA HUNTER, MICHELLE CAMPBELL, IRIS MARTINEZ, MICHAEL HUNTER, DARLENE CRABTREE, ALLAN CRABTREE, FRED NAREDO, and KATHY REDHORSE-STALLWORTH,<br><br>        Defendants. | Criminal No. CR-06-0565-SI<br><br>[PROPOSED] ORDER EXCLUDING <u>TIME UNDER SPEEDY TRIAL ACT</u> |

This matter came on for status and trial setting on December 22, 2008 at 3:30 p.m. and was set for trial of the remaining charges against defendant Priscilla Hunter, on April 27, 2009 at 8:30 a.m. The time from December 22, 2008 through April 27, 2009, is excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) because failure to do so would unreasonably deny the defendant continuity of counsel and reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

     IT IS SO ORDERED.

DATED: _____

_____
SUSAN ILLSTON
United States District Judge